BARHAM, J., is of the opinion the writ should be considered and an evidentiary hearing ordered. See State ex rel. Williams v. Henderson, 260 La. 105, 255 So.2d 92.

257 So.2d 154

### Winnie A. ALBRITTON
v.
### BOSSIER CITY HOSPITAL COMMISSION et al.
No. 52148.

Feb. 10, 1972.

In re: Winnie A. Albritton applying for writ of mandamus.

Application is denied. Inasmuch as the Response of the trial judge shows that the decision has now been handed down, the application is moot.

257 So.2d 154

### Jerry Lee NEDD
v.
### STATE of Louisiana, Through the DEPARTMENT OF INSTITUTIONS.
No. 52073.

Feb. 11, 1972.

In re: Jerry Lee Nedd, applying for certiorari, or writ of review, to the Court

of Appeal, First Circuit, Parish of East Baton Rouge. 255 So.2d 492.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.